IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY BOARDMAN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BROWN'S SUPER STORES, et al., | : | No. 13-1499 |
| Defendants. | : | |

CIVIL JUDGMENT

Before the Honorable TIMOTHY R. RICE:

**AND NOW**, this **31st** day of **October, 2014**, in accordance with the jury verdict,

**IT IS ORDERED** that Judgment be and the same is hereby entered in favor of the Defendants, Officer Robert Smith and Officer James Arentzen.

BY THE COURT

ATTEST:

 /s/ *Chavela M. Settles*
Chavela M. Settles
Deputy Clerk for the
Honorable Timothy R. Rice
United States Magistrate Judge