IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY BOARDMAN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BROWN'S SUPER STORES, et al., | : | No. 13-1499 |
| Defendants. | : | |

### ORDER

**TIMOTHY R. RICE**                                                        **February 2, 2015**
**U.S. MAGISTRATE JUDGE**

AND NOW, on February 2, 2015, upon consideration of Plaintiff Mary

Boardman's Motion for Judgment as a Matter of Law (doc. 124) and Defendant Brown's Super

Stores' Response (doc. 125), it is hereby ORDERED that:

1. Plaintiff's Motion is GRANTED.  As explained in my accompanying Memorandum

   Opinion, the jury lacked sufficient evidence to find that Brown's did not falsely

   imprison Boardman in violation of Pennsylvania law.

2. The Clerk of Courts is directed to enter judgment in favor of Plaintiff and against

   Brown's.

BY THE COURT:

TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE