IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY BOARDMAN | : |
| Plaintiff | : |
| v | : CIVIL ACTION NO. 13-1499 |
| BROWN'S SUPER STORES | : |
| Defendant | : |

## CIVIL JUDGMENT

Before the Honorable Timothy R. Rice

    AND NOW, this 24th day of July, 2015, in accordance with the Jury Verdict Sheet returned on July 23, 2015,

    IT IS ORDERED that Judgment be and the same is hereby entered in favor of the Plaintiff Mary Boardman and against Defendant Brown's Super Stores in the amount of $100,130.00.

BY THE COURT

ATTEST:

/s/ Jessica Whitfield
_____
Deputy Clerk to the
Honorable Timothy R. Rice