**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARY BOARDMAN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA, et al.** | : | **NO. 13-cv-1499** |

## JUDGMENT

**AND NOW**, this    23rd    day of November, 2016, judgment is hereby entered in favor of City of Philadelphia, Officer Robert Smith and Officer James Arentzen, and against Mary Boardman, in the amount of $1,512.75.

_____
LUCY V. CHIN
Interim Clerk of Court

By: _____
Diane Michalik, Esquire
Deputy Clerk